**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Abel Issac Mendez-Dunton,<br>Jaime Rodrigo Gamez-Rivas,<br><br>    Defendants. | No. 06-1158M<br><br>**ORDER** |

Pending before the Court is the government's Motion to Dismiss (Doc. #9). Upon good cause shown,

**IT IS HEREBY ORDERED** granting the Motion to Dismiss.

**IT IS FURTHER ORDERED** directing the United States Marshal to release the defendants in this action to the Department of Homeland Security for return to their country of origin.

DATED this 14th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge